**No. 10-7782. Irvin Jamar Ferguson, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 968, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 447.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 77.

**No. 10-7783. Brainer Gomez-Cruz, Petitioner v. United States.**

562 U.S. 1159, 131 S. Ct. 968, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 230.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 570.

**No. 10-7784. Ascencion Hernandez-Perez, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 968, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 411.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 506.

**No. 10-7787. Lorenzo Rainer, aka Reno Rainer, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 968, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 63.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 616 F.3d 1212.

**No. 10-7789. Gabriel Rivera-Rodriguez, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 968, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 564.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 617 F.3d 581.

**No. 10-7790. Hayward Feaster, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 968, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 67.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 561.

**No. 10-7794. Jimmie Lee Ford, Jr., Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 969, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 170.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 648.

**No. 10-7796. Danny Michael Harvey, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 969, 178 L. Ed. 2d 796, 2011 U.S. LEXIS 141.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 607.